# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert Moco

Write the full name of each plaintiff.

-against-

New York City Police Department

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

No. _____
17CV6106

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

Received SDNY Docket 2017 AUG 11 PM 3:37

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

*Robert* _____ *Moco*
First Name        Middle Initial        Last Name

*NYSID # 15R2643*
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

*N/A*
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

*Rikers Island Correctional Facility*
Current Place of Detention

*A.M.K.C 18-18 Hazen St.*
Institutional Address

*East Elmhurst*        *New York*        *11370*
County, City            State            Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☑ ~~Civilly committed detainee~~
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name _____ Last Name _____ Shield # 94917(

Current Job Title (or other identifying information): Police officer 115-pricent

Current Work Address: Police Station.

County, City: Queens    State: NY    Zip Code: _____

Defendant 2:

First Name _____ Last Name _____ Shield # _____

Current Job Title (or other identifying information)

Current Work Address

County, City _____ State _____ Zip Code _____

Defendant 3:

First Name _____ Last Name _____ Shield # _____

Current Job Title (or other identifying information)

Current Work Address

County, City _____ State _____ Zip Code _____

Defendant 4:

First Name _____ Last Name _____ Shield # _____

Current Job Title (or other identifying information)

Current Work Address

County, City _____ State _____ Zip Code _____

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 2528, 78 STREET

Date(s) of occurrence: November 27, 2012

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Someone who in the past I had problems with placed a gun and drugs in my vehicle. This happened where I work at 41st Astoria Bv. North. At 10:30 on my way home I never noticed that the gun and drugs were in the back seat of my car. I got home at 10:35 because I live close to my job. I went to pick up my girlfriend and parked the car in front of her house at: 2528 78st Queens N.Y. 11370. I parked in front of the house and ran inside to use the rest room. Minutes later the door bell started ringing alot. My girlfriend went to see who was it. She told me that there were cop's alot of cop's outside. I went to see what the problem was and why the police were at the house. As soon as I opened the door they grabed me pulled me out of the house and throw me on the ground. With their guns pointed at me, they hand cuffed me and when they stood me up I noticed that the back doors to my car were wide opened. The police stated

CONT BACK PAGE →

Page 4

police force. I also found out that my Landlords also work there too At the 19, pricenT. This civilian also nows the x-police CommissioneR. All this was done in order to take possesione of my property. Also, the police impounded my car and held my car (Honda Accord) for (1) one year.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I humbelly Ask the Court to Consider granting me relife for pain and suffering lost wages, emotional stress and defamation.

$ 3,500,000

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 06/18/17
Plaintiff's Signature: [signature]

First Name: Robert
Middle Initial:
Last Name: Moco

Prison Address: 18-18 Hazen Street
County, City: East Elmhurst
State: New York
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 7/12/17

**Cycle 2**
**Violent Felony Offense**

**Arrest/Charge Information**
Arrest Date: November 27, 2012 10:56 am (10:56:00)

| | |
|---|---|
| **Name:** | ROBERT MOCO |
| **Date of Birth:** | February 29, 1976 |
| **Sex:** | Male |
| **Race:** | Asian |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 5' 07" |
| **Weight:** | 170 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 36 |
| **Address:** | 34-26 STEINWAY STR, QUEENS, NY |
| **Fax Number:** | Q54598 |
| **Place of Arrest:** | NYCPD 115 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | November 27, 2012 |
| **Place of Crime:** | NYCPD 115 |
| **Criminal Justice Tracking No.:** | 65783779N |
| **Arresting Agency:** | NYCPD PCT 115 |
| **Arresting Officer ID:** | 949171 |
| **Arrest Number:** | Q12665570 |
| **Arraignment:** | Queens County Criminal Court |

**Arrest Charges:**

-- Criminal Possession Of A Weapon-2nd Degree: Loaded Firearm
   PL 265.03   Sub 01B   Class C Felony   Degree 2 NCIC 5299

-- Criminal Possession Weapon-4th:Firearm/Weapon
   PL 265.01   Sub 01   Class A Misdemeanor Degree 4 NCIC 5212

-- Criminal Possession Weapon-4th:Armor Piercing Ammunition
   PL 265.01   Sub 08   Class A Misdemeanor Degree 4 NCIC 5299

Criminal Repository for NYSID Number: 10285381K on 10\31\2016 09:31 am          Page 13 of 16

    -- Criminal Possession Controlled Substance- 7th Degree
        PL 220.03        Class A Misdemeanor Degree 7 NCIC 3599

**Court Case Information**

--Court: <u>Queens County Criminal Court</u>  Case Number: 2012QN061687

  November 28, 2012
  **Initial Report Of Docket Number**

  November 28, 2012
  **Arraigned**
    -- Criminal Possession Of A Weapon-2nd Degree: Loaded Firearm
      PL 265.03    Sub 01B    Class C    Felony    NCIC 5299

    -- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business
      PL 265.03    Sub 03    Class C    Felony    NCIC 5299

    -- Criminal Possession Controlled Substance- 7th Degree
      PL 220.03        Class A    Misdemeanor    NCIC 3599

    -- General Violation Of Local Law
      LOC                  Class U    Misdemeanor    NCIC 7399

  August 06, 2013
  **Dismissed CPL160.50**
    -- Criminal Possession Of A Weapon-2nd Degree: Loaded Firearm
      PL 265.03    Sub 01B    Class C    Felony    NCIC 5299

    -- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business
      PL 265.03    Sub 03    Class C    Felony    NCIC 5299

    -- Criminal Possession Controlled Substance- 7th Degree
      PL 220.03        Class A    Misdemeanor    NCIC 3599

    -- General Violation Of Local Law
      LOC                  Class U    Misdemeanor    NCIC 7399

  August 06, 2013
  **Not Arraigned**
    -- Criminal Possession Weapon-4th:Firearm/Weapon
      PL 265.01    Sub 01    Class A    Misdemeanor    NCIC 5212

    -- Criminal Possession Weapon-4th:Armor Piercing Ammunition
      PL 265.01    Sub 08    Class A    Misdemeanor    NCIC 5299

  August 14, 2014
  **Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

Criminal Repository for NYSID Number: 10285381K on 10\31\2016 09:31 am          Page 14 of 16

--**Court:** <u>Queens County Grand Jury</u>     **Case Number:** 01731-2013

   August 02, 2013
   **Initial Report Of Docket Number**
      -- Criminal Possession Of A Weapon-2nd Degree: Loaded Firearm
       PL 265.03          Sub 01B          Class C     Felony          NCIC 5299

      -- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business
       PL 265.03          Sub 03           Class C     Felony          NCIC 5299

      -- Criminal Possession Controlled Substance- 7th Degree
       PL 220.03                           Class A     Misdemeanor     NCIC 3599

   August 02, 2013
   **Dismissed, No True Bill**
      -- Criminal Possession Of A Weapon-2nd Degree: Loaded Firearm
       PL 265.03          Sub 01B          Class C     Felony          NCIC 5299

      -- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business
       PL 265.03          Sub 03           Class C     Felony          NCIC 5299

      -- Criminal Possession Controlled Substance- 7th Degree
       PL 220.03                           Class A     Misdemeanor     NCIC 3599

   August 14, 2014
   **Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

Robert Moco #895170093
18-18 Hazen St / A.M.K.C.
E. Elmhurst, N.Y. 11370

7016 2070 0001 1295 0166

CERTIFIED MAIL

Pro-Se Intake Units
500 Pearl St. (RM. 200)
New York, N.Y. 10007

USPS
SDNY

U.S. POSTAGE PAID
EAST ELMHURST, NY
11369
JUL 26, 17
AMOUNT
$7.01
R2305K135028-03